414

Charles S. HELMIG, Appellant

v.

Charles Alvin JONES, John C. Bell, Jr., Michael A. Musmanno, John C. Arnold, Benjamin R. Jones, Herbert B. Cohen, Thomas M. Marshall, Sara M. Soffel and Henry Ellenbogen, Individually and Jointly as Members of the Judiciary of the Commonwealth of Pennsylvania, Appellees.

No. 12868.

United States Court of Appeals
Third Circuit.

Argued Oct. 19, 1959.

Decided Nov. 19, 1959.

Rehearing Denied Dec. 4, 1959.

Paul Ginsburg, Pittsburgh, Pa., for appellant.

Harry J. Rubin, Deputy Atty. Gen. (Anne X. Alpern, Atty. Gen., on the brief), for appellees.

Before GOODRICH and KALODNER, Circuit Judges and WOOD, District Judge.

PER CURIAM.

This is an appeal from a judgment from the Western District of Pennsylvania dismissing an action by the plaintiff and denying a change of venue. We do not find that the learned district judge committed error either in his decision dismissing the complaint or denying the motion.

The judgment is, therefore, affirmed.

Frank ILLINGWORTH, Appellant,

v.

Kenneth C. KOCH, doing business as Chillicothe Cartage Company.

No. 16151.

United States Court of Appeals
Eighth Circuit.

Oct. 2, 1959.

John D. Randall and Ralph V. Harmon, Cedar Rapids, Iowa, for appellant.

Ralph W. Gearhart and C. W. Garberson, Cedar Rapids, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

Nathan BILSKY and Sarah Bilsky, Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE.

No. 16274.

United States Court of Appeals
Eighth Circuit.

Oct. 30, 1959.

W. Munro Roberts, Jr., and William R. MacGreevy, St. Louis, Mo., for petitioners.

Charles K. Rice, Asst. Atty. Gen., Lee A. Jackson, Chief, Appellate Section, U. S. Department of Justice, Arch M. Cantrall, Chief Counsel, Internal Revenue Service, and Rollin H. Transue, Sp. Atty., Internal Revenue Service, Washington, D. C., for respondents.

PER CURIAM.

Judgment: Petition to review decision of The Tax Court of the United States, 31 T.C. 35, dismissed, on motion of petitioners.